James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com



Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>DOOYANG SHIPPING LIMITED,<br><br>Defendant. | 08 Civ.       (   )<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES <u>OF CIVIL PROCEDURE</u>** |

    I, James H. Hohenstein, attorney for Plaintiff James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Neither Oceantrade Corporation Liquidating Trust nor Oceantrade Corporation has any corporate parents. In addition, neither entity is publicly traded or has shares that are owned by publicly traded companies.

Dated: New York, New York
      March 5th, 2008

                        HOLLAND & KNIGHT LLP

By: _____
      James H. Hohenstein
      Lissa D. Schaupp
      HOLLAND & KNIGHT LLP
      195 Broadway
      New York, NY 10007-3189
      (212) 513-3200
      Telefax: (212) 385-9010
      E-mail: jim.hohenstein@hklaw.com
              lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust*

# 5087142_v1