CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMES N. HOOD AS LIQUIDATING TRUSTEE :
OF THE OCEANTRADE CORPORATION :
LIQUIDATING TRUST, :
                                            :
              Plaintiff,         :    08-CV-2357
                                            :
       v.                             :    **NOTICE OF**
                                            :    **APPEARANCE**
DOOYANG SHIPPING LIMITED, :
                                            :
              Defendants.    :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       March 25, 2008

                               CLARK, ATCHESON & REISERT
                               Attorneys for Garnishee
                               Societe Generale New York Branch

                    By:    _____
                               Richard J. Reisert (RR-7118)
                               7800 River Road
                               North Bergen, NJ 07047
                               Tel: (201) 537-1200
                               Fax: (201) 537-1201
                               Email: reisert@navlaw.com