```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMES N. HOOD,                               :    08 Civ. 2357 (SHS)

                Plaintiff,              :

   -against-                                :    ORDER

DOOYANG SHIPPING LIMITED,                    :

                Defendants.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for plaintiff present,

        IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 4(m), plaintiff shall have until October 31, 2008, in which to file a proof of service on defendant or proof of a maritime attachment.  This action shall be dismissed without prejudice on October 31, 2008, unless service of process has been made on defendant or funds have been attached or good cause has been shown for an extension.

Dated: New York, New York
       June 26, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.